## UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF COLORADO

| | | |
|---|---|---|
| **In re:** | ) | |
| | ) | |
| **STEPHEN ANTHONY NEARY,** | ) | Case No. 20-10212-JGR |
| SSN: xxx-xx-7997, | ) | |
| | ) | Chapter 7 |
| Debtor. | ) | |
| | ) | |
| | ) | |
| **LYNN MARTINEZ, Chapter 7 Trustee,** | ) | |
| | ) | |
| **Plaintiff,** | ) | Adversary No. 20-01147 |
| | ) | |
| | ) | |
| v. | ) | |
| | ) | |
| **2349 RAINBOWS END POINT, LLC,** | ) | |
| | ) | |
| **Defendants.** | ) | |
| | ) | |

## ORDER AUTHORZING FILING OF
## AMENDED COMPLAINT PURSUANT TO FED. R. CIV. P 15

This Court, having reviewed the Unopposed Motion to File Amended Complaint Pursuant to Fed. R. Civ. P. 15 filed by Lynn Martinez, the Chapter 7 Trustee ("Trustee"), the case file and otherwise being advised in the premises, GRANTS the Motion, and hereby authorizes the Trustee to file the proposed Amended Complaint attached to Motion pursuant to Fed. R. Civ. P. 15.

Dated this ___ day of September 2020.

BY THE COURT:

_____
Joseph R. Rosania, Jr.
United States Bankruptcy Judge